67053. HELLENIC LINES, LTD. v. BROWN.
(325 SE2d 924)

BANKE, Presiding Judge.

In accordance with the Supreme Court's decision in *Brown v. Hellenic Lines, Ltd.*, 253 Ga. 465 (322 SE2d 48) (1984), this court's prior decision, reported at 168 Ga. App. 677 (309 SE2d 860) (1983), is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED NOVEMBER 26, 1984.

*George H. Chamlee,* for appellant.
*Ralph R. Lorberbaum, Edward T. Brennan,* for appellee.

*Judgment affirmed. Deen, P. J., and Sognier, J., concur.*